IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Donald Martin Wanland, Jr. - #122462

/

No. C 14-80080 WHA

**ORDER OF SUSPENSION**

    Because Donald Martin Wanland has failed to respond to the order to show cause, Mr. Wanland's membership in the bar of this Court is hereby **SUSPENDED**.

    **IT IS SO ORDERED.**

Dated: May 5, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE